**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVE LENARTZ, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN SUPERCONDUCTOR CORPORATION, et al.,<br><br>　　　　　　Defendants. | ) Lead Case No. 1:11-cv-10582-WGY<br>) (**Consolidated**)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO ENTER JOINT**
**PROPOSED CASE MANAGEMENT SCHEDULE**

　　　　1.　　　Lead Plaintiff Plumbers and Pipefitters National Pension Fund ("Lead Plaintiff") and Defendants hereby respectfully request that the Court enter the revised Joint Proposed Case Management Schedule, attached hereto as Exhibit A, and for their Motion state the following:

　　　　2.　　　On August 27, 2012, the parties filed a Joint Proposed Case Management Schedule.  *See* Dkt. No. 99.

　　　　3.　　　To date, the Court has not entered the Joint Proposed Case Management Schedule.

　　　　4.　　　Lead Plaintiff and Defendants served their initial disclosures pursuant to Federal Rule 26(a)(1).  Lead Plaintiff served its First Request for the Production of Documents to the AMSC Defendants[1] and its First Request for the Production of Documents to the Underwriter Defendants.  The AMSC Defendants and the Underwriter Defendants each served a First

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Second Consolidated Amended Complaint for Violations of the Federal Securities Laws dated February 13, 2012 (Dkt. No. 86).

Request for the Production of Documents to Lead Plaintiff. The AMSC Defendants and Underwriter Defendants each served Responses and Objections to Lead Plaintiff's First Request for the Production of Documents. A Rule 30(b)(6) deposition of Lead Plaintiff is being scheduled for either April 10, 2013 or April 11, 2013. In addition, Lead Plaintiff filed its motion for class certification with the Court on February 19, 2013, in accordance with the class certification briefing schedule entered by the Court on January 4, 2013. *See* Dkt. No. 113. Defendants' opposition to the motion for class certification is due April 19, 2013.

5. While Lead Plaintiff was preparing its motion for class certification, the parties scheduled a mediation with Jed Melnick of JAMS. The mediation was initially scheduled for January 28, 2013, but was postponed to March 5, 2013 due to a scheduling conflict on the part of the insurance carriers.

6. Although the parties did not reach a settlement agreement at the mediation, they are continuing to diligently pursue settlement negotiations.

7. The parties believe that the revised Joint Proposed Case Management Schedule will enable them to focus their resources on the ongoing settlement negotiations while continuing to engage in discovery. The revised Schedule will also accommodate the trial schedule of counsel for the AMSC Defendants, as Lead Counsel Patrick Gibbs will be in trial for approximately twelve days beginning November 5, 2013.

8. Accordingly, the parties respectfully request that the Court enter the following revised Joint Proposed Case Management Schedule:

**REVISED JOINT PROPOSED CASE MANAGEMENT SCHEDULE**

Pursuant to Local Rule 16.1 and Federal Rule 26(f), the undersigned counsel for the parties advise the Court that on March 7, 2013, they conferred and developed this Joint Proposed Case Management Schedule.

**I.     STATUS OF RESPONSIVE PLEADINGS**

The AMSC Defendants and Underwriter Defendants have filed respective Answers to the Second Amended Complaint.

**II.    DISCOVERY**

The parties agree that discovery will be necessary regarding the subjects and issues identified in the Second Amended Complaint and the AMSC Defendants' and Underwriter Defendants' respective Answers to the Second Amended Complaint. The parties discussed discovery of electronically stored information and agree that any electronically stored information that is produced will be produced in an electronic format to be agreed upon.

**III.   PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN**

| | EVENT | AGREED-TO DEADLINE |
|---|---|---|
| 1. | Date by which any motion for leave to amend the Second Amended Complaint must be filed | November 1, 2013 |
| 2. | Completion of all fact discovery, including depositions | December 2, 2013 |
| 3. | Federal Rule 26(a)(2) expert disclosures and expert report(s) on issues for which a party bears the burden of proof due | December 3, 2013 |
| 4. | Federal Rule 26(a)(2) rebuttal expert disclosures and rebuttal expert report(s) due | January 3, 2014 |

| EVENT | AGREED-TO DEADLINE |
|---|---|
| 5. Completion of all expert discovery, including expert depositions | January 27, 2014 |
| 6. Dispositive motions | |
|     5(a). Federal Rule 56 motions due | February 18, 2014 |
|     5(b). Responses to any Federal Rule 56 motion due | March 20, 2014 |
|     5(c). Replies in support of any Federal Rule 56 motion due | April 18, 2014 |
| 7. Last day for Parties to Meet and Confer regarding Joint Pretrial Memorandum | April 22, 2014 |
| 8. Joint Pretrial Memorandum Due | April 29, 2014 |
| 9. Settlement conference | May 2014 |
| 10. Final Pretrial Conference | May 5, 2014 |
| 11. Trial Briefs Due | May 20, 2014 |
| 12. Trial Date | June 3, 2014 |
| 13. Length of Trial | At this time, the trial is expected to take approximately 15 days. |

## IV.   TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by Magistrate Judge at this time.

**V.     LOCAL RULE 16.1(d)(3) CERTIFICATIONS**

Each party has previously submitted the certifications required by Local Rule 16.1(d)(3).

DATED:  March 12, 2013

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)

*/s/ Adam M. Stewart*
ADAM M. STEWART

53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com

*Lead Counsel for Plaintiff*

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

*Additional Counsel for Plaintiff*

|  |  |
|---|---|
| DATED:  March 12, 2013 | CADWALADER WICKERSHAM & TAFT LLP<br>GREGORY A. MARKEL (*Admitted Pro Hac Vice*)<br>RONIT SETTON (*Admitted Pro Hac Vice*) |

*/s/ Gregory A. Markel*
GREGORY A. MARKEL

One World Financial Center
New York, NY  10281
Telephone:  212/504-6000
212/504-6666 (fax)
greg.markel@cwt.com
ronit.setton@cwt.com

*Counsel for Defendants Morgan Stanley & Co. LLC, Deutsche Bank Securities Inc. and Jefferies & Company, Inc.*

|  |  |
|---|---|
| DATED:  March 12, 2013 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS<br>HILARY H. MATTIS |

*/s/ Patrick E. Gibbs*
PATRICK E. GIBBS

140 Scott Drive
Menlo Park, CA  94025
Telephone:  650/328-4600
650/463-2600 (fax)
patrick.gibbs@lw.com

*Counsel for American Superconductor Corporation and the Individual Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 12, 2013.

>                                     */s/ Adam M. Stewart*
>                                     ADAM M. STEWART