UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVE LENARTZ, et al., Individually and on Behalf of All Others Similarly Situated, )<br>)<br>) | Lead Case No. 1:11-cv-10582-WGY (**Consolidated**) |
| Plaintiffs, ) | CLASS ACTION |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN SUPERCONDUCTOR ) CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR LEAVE TO EXTEND
CLASS CERTIFICATION BRIEFING SCHEDULE**

1.      Lead Plaintiff Plumbers and Pipefitters National Pension Fund ("Lead Plaintiff") and Defendants jointly request a limited two-week extension of the class certification briefing schedule.

2.      The current class certification briefing schedule was entered by the Court on January 4, 2013.

3.      Pursuant to that schedule, Lead Plaintiff filed its Motion for Class Certification on February 19, 2013.

4.      Under the existing schedule, Defendants are to file their Oppositions by April 19, 2013 and Lead Plaintiff is due to file its Reply by May 1, 2013.

5.      The parties respectfully request that:

A.      the due date for Defendants to file their Oppositions be enlarged from April 19, 2013 to **May 3, 2013**; and

B.      the deadline for Lead Plaintiff to file its Reply be extended from May 1, 2013 to **May 15, 2013**.

6.      The two-week extension is requested in light of an issue that arose in obtaining discovery from one of the two entities Lead Plaintiff identified in its Initial Disclosures.  More specifically, on March 15, 2013, using information provided in Lead Plaintiff's Initial Disclosures, Defendants issued a subpoena for documents and deposition to Lead Plaintiff's "money manager," identified in Lead Plaintiff's Initial Disclosures as Columbia Management, 30 Dan Road, Canton, MA 02021-2809.  The subpoena requested compliance by April 2, 2013.

7.      On March 28, 2013, counsel for the AMSC Defendants were informed by counsel for Columbia Management that Columbia Management was having trouble locating information on the Lead Plaintiff.  Counsel for Columbia Management requested additional information,

including a taxpayer identification number.  Counsel for the AMSC Defendants asked counsel for Lead Plaintiff to provide the additional information.  Lead Plaintiff's counsel provided an alternate name for Columbia Management to search (P&PNPF), which was provided to counsel for Columbia Management on March 29, 2013.  On Monday, April 1, 2013, counsel indicated that Columbia Management was unable to locate any documents concerning Lead Plaintiff.

8.      On April 1, 2013, after further discussing the issue, Lead Plaintiff's counsel informed counsel for the AMSC Defendants that Lead Plaintiff had disclosed the wrong entity name and address for its money manager in its Initial Disclosures.  Lead Plaintiff's counsel provided new information regarding the correct name and address for Lead Plaintiff's money manager, identified as Columbia Partners Investment Management ("CPIM"), 5425 Wisconsin Avenue, Suite #700, Chevy Chase, Maryland 20815.

9.      The next day, on April 2, 2013, the AMSC Defendants issued a new subpoena to CPIM in Maryland and requested Lead Plaintiff's counsel's assistance in reaching out to CPIM and getting a response to the subpoena as quickly as possible.  CPIM was served with the subpoena on April 2, 2013.  The subpoena requested production of documents and deposition on April 10, 2013.

10.     On April 5, 2013, counsel for the AMSC Defendants spoke with CPIM's counsel, who requested additional time – beyond the return date of April 10 – to produce documents and to make a witness available for deposition.  In order to provide CPIM with additional time to comply with the subpoena, including scheduling a deposition for a date in late April, the parties seek this limited extension of the briefing schedule so that Defendants may obtain necessary discovery from CPIM prior to filing their Oppositions.

11.     The Court has not yet determined whether to schedule a hearing on Lead Plaintiff's Motion for Class Certification and, as such, this moderate enlargement of time will not significantly delay resolution of this motion.

12.     In addition, the parties are not requesting enlargement of any of the deadlines in the Case Management Scheduling Order entered by the Court on March 18, 2013 and those deadlines are to remain the same.

13.     It is in the interests of justice and fairness that the limited two-week extension of the class certification briefing schedule be allowed.

14.     Accordingly, the parties jointly request that the Court extend the class certification briefing schedule as set forth above.  A proposed order is submitted herewith as Exhibit A.


DATED:  April 10, 2013                    SHAPIRO HABER & URMY LLP
                                          THOMAS G. SHAPIRO (BBO #454680)
                                          ADAM M. STEWART (BBO #661090)


                                          _____
                                               /s/ Adam M. Stewart
                                              ADAM M. STEWART

                                          53 State Street
                                          Boston, MA  02109
                                          Telephone:  617/439-3939
                                          617/439-0134 (fax)
                                          tshapiro@shulaw.com
                                          astewart@shulaw.com

                                          Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
JOSEPH RUSSELLO
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com
jrussello@rgrdlaw.com

*Lead Counsel for Plaintiff*

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

*Additional Counsel for Plaintiff*

DATED:  April 10, 2013                    CADWALADER WICKERSHAM & TAFT LLP
                                          GREGORY A. MARKEL (*Admitted Pro Hac Vice*)
                                          RONIT SETTON (*Admitted Pro Hac Vice*)


                                          */s/ Gregory A. Markel*
                                          GREGORY A. MARKEL

One World Financial Center
New York, NY  10281
Telephone:  212/504-6000
212/504-6666 (fax)
greg.markel@cwt.com
ronit.setton@cwt.com

*Counsel for Defendants Morgan Stanley & Co. LLC,
Deutsche Bank Securities Inc. and Jefferies &
Company, Inc.*

4

DATED:  April 10, 2013                    HISCOCK & BARCLAY, LLP
                                          ANTHONY A. SCIBELLI (BBO #556507)
                                          CAROLYN A. MARCOTTE (BBO #663616)


                                          _____
                                                /s/ Carolyn A. Marcotte
                                              CAROLYN A. MARCOTTE

                                          One International Place, 26th Floor
                                          Boston, MA 02110
                                          Telephone:  617/274-2900
                                          617/722-6003 (fax)
                                          ascibelli@hblaw.com
                                          cmarcotte@hblaw.com

                                          LATHAM & WATKINS LLP
                                          PATRICK E. GIBBS (*Admitted Pro Hac Vice*)
                                          SARAH M. LIGHTDALE (*Admitted Pro Hac Vice*)
                                          HILARY H. MATTIS (*Admitted Pro Hac Vice*)
                                          140 Scott Drive
                                          Menlo Park, CA  94025
                                          Telephone:  650/328-4600
                                          650/463-2600 (fax)
                                          patrick.gibbs@lw.com
                                          sarah.lightdale@lw.com
                                          hilary.mattis@lw.com

                                          *Counsel for American Superconductor Corporation*
                                          *and the Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on April 10, 2013.


*/s/ Carolyn A. Marcotte*
CAROLYN A. MARCOTTE

7142188.1