UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVE LENARTZ, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    vs.<br><br>AMERICAN SUPERCONDUCTOR CORPORATION, et al.,<br><br>                          Defendants. | Lead Case No. 1:11-cv-10582-WGY<br>(**Consolidated**)<br><br><u>CLASS ACTION</u> |

## LEAD PLAINTIFF'S UNOPPOSED
## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Lead Plaintiff Plumbers and Pipefitters National Pension Fund ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement which provides for the payment of $8.2 million in cash and $1.8 million in stock to resolve the securities class action against Defendants; (2) certifying the Class pursuant to Rules 23(a) and (b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency and settlement of this action in the form and manner set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of its motion, Lead Plaintiff relies on the Stipulation and Agreement of Settlement and exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety, as well as the entire record in the Action.

Dated:  November 20, 2013            Respectfully submitted,

                                                        **/s/ Adam M. Stewart**_____
Thomas G. Shapiro (BBO#454680)
Adam M. Stewart (BBO#661090)
SHAPIRO HABER & URMY LLP
53 State Street, Floor 13
Boston, MA 02109
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

*Local Counsel for Lead Plaintiff*

888537_1

        Samuel H. Rudman
        Robert M. Rothman
        Erin W. Boardman
        ROBBINS GELLER RUDMAN & DOWD LLP
        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)
        srudman@rgrdlaw.com
        rrothman@rgrdlaw.com
        eboardman@rgrdlaw.com

        *Lead Counsel for Lead Plaintiff*

        Louis P. Malone
        O'Donoghue & O'Donoghue LLP
        4748 Wisconsin Avenue, N.W.
        Washington, DC  20016
        Telephone:  202/362-0041
        202/362-2640 (fax)

        *Additional Counsel for Lead Plaintiff*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Lead Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

        **/s/ Adam M. Stewart**
        Adam M. Stewart

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        **/s/ Adam M. Stewart**