UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVE LENARTZ, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiffs,<br><br>    vs.<br><br>AMERICAN SUPERCONDUCTOR CORPORATION, et al.,<br><br>                         Defendants. | Lead Case No. 1:11-cv-10582-WGY<br>(**Consolidated**)<br><br>CLASS ACTION |

LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

914113_1

Lead Counsel, Robbins Geller Rudman & Dowd LLP, on behalf of themselves and Lead Plaintiff, hereby move the Court pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for an Order: (1) awarding attorneys' fees in the amount of twenty percent (20%) of the Settlement Fund; (2) awarding Lead Counsel $63,056.34 in expenses in connection with the prosecution and resolution of the litigation; and (3) awarding interest on these amounts at the same rate and for the same periods as earned by the Settlement Fund until paid.

In support of this Motion, Lead Counsel rely on the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, the Declaration of Robert M. Rothman in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds; and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, and the declarations of counsel which are incorporated herein in their entirety.

DATED:  February 11, 2014           Respectfully submitted,

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)


  /s/ Adam M. Stewart
                ADAM M. STEWART

53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

*Liaison Counsel*

- 1 -

914113_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com

*Lead Counsel for Plaintiff*

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

*Additional Counsel for Plaintiff*

- 2 -

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

      I certify that I have conferred with counsel for Defendants and Defendants take no position on this motion.

                                            /s/ Jeffrey Light
                                             Jeffrey Light

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Adam M. Stewart
                                          ADAM M. STEWART

914113_1