UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVE LENARTZ, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUPERCONDUCTOR CORPORATION, et al.,<br><br>Defendants. | Lead Case No. 1:11-cv-10582-WGY<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

## [~~PROPOSED~~] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES

This matter having come before the Court on April 23, 2014, on the motion of Lead Plaintiff for an award of attorneys' fees and expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated November 19, 2013 (the "Settlement Agreement").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 20% of the Settlement Fund, plus litigation expenses, charges and costs in the amount of $63,056.34, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the, prosecution and settlement of the Action. Attorneys' fees, charges, expenses and costs shall be paid to Plaintiffs' Counsel in cash and stock *pari pasu* with the Class, *i.e.*, in the same proportion of the Settlement Fund of cash and Settlement Stock.

5. The cash portion of awarded attorneys' fees plus litigation expenses, charges and costs plus interest earned thereon shall immediately be paid to Lead Counsel subject to the terms,

conditions and obligations of the Settlement Agreement and the Settlement Stock portion shall be distributed to Lead Counsel upon receipt by Lead Counsel pursuant to the Settlement Agreement.

IT IS SO ORDERED.

DATED: May 5, 2014

*William G. Young*
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE